UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

LAWRENCE R. JORDAN and
MICHELYN MURPHY JORDAN,

               Debtors.        CASE NO. 9:04-bk-20343-ALP
_____/        CHAPTER 7

## DEBTORS' RESPONSE TO TRUSTEE'S OBJECTION
## TO AMENDED CLAIM OF EXEMPTION

COME NOW Debtors, LAWRENCE R. JORDAN and MICHELYN MURPHY JORDAN, by and through their undersigned attorney, respond to Trustee's Objection to Amended Claim of Exemption and state as follows:

1. The Objection set forth by the Trustee is insufficient as a matter of law and a matter of fact to overcome the claim of homestead exemption to the properly commonly known as 3181 Aloe Street, Punta Gorda, FL.

WHEREFORE, Debtors request the Court overrule Trustee's Objection to Amended Claim of Exemption, and for such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 and Diane L. Jensen, Trustee, P.O. Drawer 1507, Fort Myers, FL 33902-1507, by first class U.S. Mail, postage fully prepaid, or by electronic notice, this 27th day of June, 2005.

                              MILLER AND HOLLANDER
                              Attorneys for Debtors
                              2430 Shadowlawn Drive, Suite 18
                              Naples, FL 34112
                              Telephone (239) 775-2000
                              Facsimile (239) 775-7953

                              By:_____
                              RICHARD J. HOLLANDER
                              Florida Bar No. 884900

M:\USERS\RUTH\L JORDAN.RESPONSE 7.wpd